IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAMIAN ANTHONY DELEAL ET AL.**<br><br>Defendant. | 2:18-MJ-0066 DB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Damian Anthony Deleal
Detained at: Rio Cosumnes Correctional Center

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
     charging detainee with: 18 USC 1708, 1708 and 1028(A)(1) et sec.
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/MICHELLE RODRIGUEZ
Printed Name & Phone No: Michelle Rodriguez 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 15, 2019

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male  ☐ Female |
| Booking or CDC #: X-4918866 | DOB: 05/31/1988 |
| Facility Address: 12500 Bruceville Road, Elk Grove, CA | Race: |
| Housing Location SBF503 | FBI#: |
| Currently Rio Cosumnes Correctional Center | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                    (signature)