UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOREN SHAWN PATRICK,<br><br>Defendant. | No. 2:18-cr-00079-MCE<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACEY ALEXANDRA POWELL,<br><br>Defendant. | No. 2:18-cr-00083-MCE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON LEE MOSES,<br><br>Defendant. | No. 2:18-cr-00090-MCE |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00064-KJM |
| Plaintiff, | |
| v. | |
| DAMIAN DELEAL, | |
| Defendant. | |

The Court received the Notice of Related Case filed on April 15, 2019. Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected. Under the regular practice of this court, related cases are generally assigned to the district judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-cr-00064-KJM is reassigned to District Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only are hereby **VACATED**. The caption on documents filed in the reassigned case shall be shown as 2:19-cr-00064-MCE.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE