Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DAMIAN DELEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00064 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| DAMIAN DELEAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robert Artuz, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Damian Deleal, that the previously-scheduled status conference date of June 6, 2019, be vacated and the matter set for status conference on July 25, 2019, at 10:00 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case. Discovery provided to date exceeds 1000 pages of discovery and several disks.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**1**
**Stipulation and Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June 3, 2019, to and including July 25, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 3, 2019	Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
DAMIAN DELEAL

Dated:  June 22, 2019	McGREGOR SCOTT
United States Attorney

By:  /s/ Michael E. Hansen for
ROBERT ARTUZ
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///

**2**
**Stipulation and Order to Continue Status Conference**

| | |
|---|---|
| 1 | The Court orders that the time from the date of the parties' stipulation, June 3, 2019, to |
| 2 | and including July 25, 2019, shall be excluded from computation of time within which the trial |
| 3 | of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section |
| 4 | 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is |
| 5 | further ordered that the June 6, 2019, status conference shall be continued until July 25, 2019, at |
| 6 | 10:00 a.m. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated:  June 5, 2019 |

*[Signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE