MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-64-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SETTING OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAMIAN DELEAL, | DATE: May 7, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for trial on March 30, 2020, and speedy trial time was excluded through that date pursuant to Local Code T4. ECF 47. On December 20, 2019, on its own motion and due to the unavailability of the judge, the Court vacated the trial date and set a new trial confirmation hearing for May 7, 2020. ECF 53.

2. The parties now request and move for the Court to reset the trial date for July 13, 2020, and the trial confirmation hearing for June 11, 2020. At this time, the parties anticipate a 5-day jury trial.

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case includes well over 1,000 of pages of police reports, search warrant returns, subpoena returns, cellphone

extractions, audio/video files, photographs, and bank/financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for Defendant Damian Deleal desires additional time to review the current charges, review discovery, conduct research and investigation into the charges and alleged acts, consult with an expert and his client, and otherwise prepare for trial.

      c)      At this time, the defendant has no objection to the Court's continuance of the trial date and TCH, and agrees that such a continuance is necessary for effective preparation as outlined below.

      d)      Counsel for defendant believes that the Court's continuance will provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2020, to July 13, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance ordered by the Court and agreed to and requested by the defendant, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 21, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: February 21, 2020

/s/ MICHAEL HANSEN (with permission)
MICHAEL HANSEN
Counsel for Defendant
DAMIAN DELEAL

**ORDER**

IT IS SO ORDERED.

Dated: February 24, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING SETTING OF TRIAL DATE AND
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3