AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| DAMIAN DELEAL | ) Case No: 2:19-cr-00064-JAM |
| | ) USM No: 78161-097 |
| Date of Original Judgment: 03/01/2022 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Under 18 U.S.C. § 3582(c)(2), the Court may reduce a defendant's term of imprisonment that was based on a sentencing range that has subsequently been lowered if a reduction is consistent with applicable policy statements.

Defendant moves for a sentence reduction given the modification to U.S.S.G. § 4A1.1 and the addition of § 4C1.1 by Amendment 821, effective November 1, 2023. These changes apply retroactively. U.S.S.G. § 1B1.10(d).

Under the current version of § 4A1.1, Defendant would receive a criminal history score of eight, one less than he received under the pre-amended version. Despite this one-point reduction, Defendant's criminal history category is unchanged. Because the guideline range remains the same, a sentence reduction is not authorized. U.S.S.G. § 1B1.10(a)(2); 18 U.S.C. § 3582(c)(2).

The addition of § 4C1.1 provides for an offense-level reduction for certain offenders with zero criminal history points. Because Defendant received criminal history points, he is not eligible for this reduction. U.S.S.G. § 4C1.1(a)(1).

Since a sentence reduction is not authorized, the Court need not proceed to the second step of the inquiry and consider the 18 U.S.C. § 3553(a) factors. See Dillon v. United States, 560 U.S. 817, 826-27 (2010).

Therefore, Defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

Except as otherwise provided, all provisions of the judgment dated 03/07/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/08/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*